Dawn M. David (15808)
dawn.david@quarles.com
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel.: (414) 277-5000

Michael T. Piery (*pro hac vice forthcoming*)
michael.piery@quarles.com

*Attorneys for Plaintiff Tiny Twinkle, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| TINY TWINKLE, INC., | **COMPLAINT FOR PATENT INFRINGEMENT** |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| MILKBARN, LLC and MILKBARN KIDS, LLC, | Case No. _____ |
| Defendants. | |

Plaintiff, Tiny Twinkle, Inc. ("Tiny Twinkle") brings this action for patent infringement against Defendants Milkbarn, LLC and Milkbarn Kids, LLC (collectively "Milkbarn" or "Defendants"), and by and for its Complaint, alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for design patent infringement seeking to remedy Milkbarn's ongoing disregard for Tiny Twinkle's intellectual property rights through the manufacture, use,

sale, offer for sale and importation of Milkbarn's "Ruffle Pocket Bib" line of bibs within the United States, which infringes Tiny Twinkle's design patent. Milkbarn's infringing activity has continued even after Tiny Twinkle provided notice to Milkbarn of Tiny Twinkle's U.S. Patent No. D923,919 ("the D'919 Patent"). This action seeks a permanent injunction and the recovery of monetary damages stemming from Milkbarn's infringement of the D'919 Patent.

## PARTIES

2.    Plaintiff, Tiny Twinkle, Inc., is a pioneering baby-products company that prides itself on creating safe, high-quality products for babies, children, and parents.

3.    Tiny Twinkle is a Delaware corporation with its principal place of business at 2303 N. 44th Street, Suite 14-1067, Phoenix, AZ 85008.

4.    Defendant, Milkbarn, LLC, is a Tennessee limited liability company with an importation and shipping warehouse located at 3910 Fayetteville Hwy, Petersburg, Tennessee, 37144. Upon information and belief, Milkbarn, LLC is headquartered at 333 E. Main Street, #218, Lehi, Utah 84043, where it maintains its principal and physical location, and regular and established place of business. Milkbarn, LLC conducts business throughout the United States, including in this District.

5.    Upon information and belief, Defendant Milkbarn, LLC is also registered to do business in the State of Utah under the name Milkbarn Kids, LLC as a foreign limited liability company from Tennessee. Because Milkbarn Kids, LLC is not registered in Tennessee and because Milkbarn LLC is listed with the Utah Secretary of State as the principal of Milkbarn Kids, LLC, upon information and belief, Milkbarn, LLC and Milkbarn Kids, LLC are the same entity.

6.     In the alternative, upon information and belief, Milkbarn, LLC manages and owns Milkbarn Kids, LLC and/or Milkbarn, LLC and Milkbarn Kids, LLC share joint ownership and jointly operate to make, sell, offer for sale, and/or import into the United States the infringing Ruffle Pocket Bin product.

## JURISDICTION AND VENUE

7.     This is an action for patent infringement under the patent laws of the United States, namely, 35 U.S.C. §§ 101 *et seq*. This Court has original subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.     This Court has general personal jurisdiction over Milkbarn. Milkbarn is doing business in Utah; maintains its physical and regular and established place of business in Lehi, Utah; has purposefully availed itself of the privilege of conducting business in Utah; and has committed acts of patent infringement in Utah and in this District, including making, using, offering for sale, selling, and/or importing infringing products into this District.

9.     Venue is proper in this District under 28 U.S.C. § 1400(b) because Milkbarn resides in this District and has a regular and established place of business at 333 E. Main Street, #218, Lehi, Utah 84043, and has committed acts of infringement in this District. Venue is also proper under 28 U.S.C. § 1391.

## FACTS AND BACKGROUND

10.     Tiny Twinkle is a baby products company, founded in Arizona by a team with over thirty years of experience in the baby products industry.

11.    Tiny Twinkle focuses on producing high-quality products with materials that withstand the wear and tear of babies and toddlers. Over the years, Tiny Twinkle has become known for its Kaffle® fabric and other high-quality products and materials.

12.    As a company bringing innovative and high-quality baby products to the market, Tiny Twinkle seeks protection for its contributions in the field of baby products. The D'919 Patent is just one example of how Tiny Twinkle protects its investment in innovation.

13.    Tiny Twinkle is the owner by assignment of the entire right, title, and interest in and to the D'919 Patent. The D'919 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark office.  A true and correct copy of the D'919 Patent is attached hereto as Exhibit A.

14.    Milkbarn manufactures, markets, offers for sale, and sells baby bib products, including at least the Ruffle Pocket Bib throughout the United States and within this District via its website and distribution channels and from its Utah business location. Milkbarn has derived, and continues to derive, substantial revenue from its manufacture and sale of the infringing Ruffle Pocket Bib products.

15.    After the priority date of the D'919 Patent, Milkbarn began to manufacture, use, sell, offer for sale and/or import the Ruffle Pocket Bib that infringes the sole claim of the D'919 Patent and continues to engage in these infringing activities. *See* Exhibit B.

16.    Milkbarn has made, used, offered to sell, sold, and/or imported into the United States bib products, including at least the "Ruffle Pocket Bibs," that embody designs substantially similar to the claimed ornamental design of the D'919 Patent under the ordinary observer test. By way of example, as shown below, representative images of Milkbarn's Ruffle Pocket Bibs

demonstrate that, in the eye of an ordinary observer giving the attention a purchaser usually gives, the overall visual appearance of the accused product is substantially the same as the design claimed in the D'919 Patent, such that an ordinary observer would be deceived into believing that the accused design is the same as the patented design. Specifically, an ordinary observer would be deceived into purchasing the Ruffle Pocket Bib mistaking it to be the claimed design of the D'919 Patent due, at least in part, to the nearly identical upper portions of the bib that include ornamental ruffles that extend along both of the arm openings of the bib, the nearly identical strap closure, and the overall substantially similar shape, contour, and ornamental appearance of the bib design as a whole. The similarities between Milkbarn's accused product and the D'919 Patent are so pronounced that an ordinary observer, familiar with the prior art, would be deceived into believing Milkbarn's Ruffle Pocket Bib is the patented design of the D'919 Patent.



| *FIG. 1 of the D'919 Patent* | *Perspective View – Milkbarn's Ruffle Pocket Bib* |



| | |
|---|---|
| *FIG. 3 of the D'919 Patent* | *Front View – Milkbarn's Ruffle Pocket Bib* |
| *FIG. 5 of the D'919 Patent* | *Right Side View – Milkbarn's Ruffle Pocket Bib* |



| | |
|---|---|
| *FIG. 6 of the D'919 Patent* | *Left Side View – Milkbarn's Ruffle Pocket Bib* |
| *FIG. 7 of the D'919 Patent* | *Top View – Milkbarn's Ruffle Pocket Bib* |
| *FIG. 8 of the D'919 Patent* | *Bottom View – Milkbarn's Ruffle Pocket Bib* |



| FIG. 26 of the D'919 Patent | Rear View – Milkbarn's Ruffle Pocket Bib |
| FIG. 44 of the D'919 Patent | Back View – Milkbarn's Ruffle Pocket Bib |

17.    Milkbarn's infringing acts have occurred, and continue to occur, after Tiny Twinkle provided actual notice of Tiny Twinkle's design patent rights, including notice relating to the D'919 Patent. Specifically, Milkbarn became aware of its infringement of the D'919 Patent at least as early as November 25, 2025 when counsel for Tiny Twinkle sent a cease and desist letter to

Milkbarn in which it accused Milkbarn of infringing the D'919 Patent and demanded that it cease its infringing activities. Notwithstanding this actual notice of its infringement, Milkbarn has not ceased its infringing activities, instead continuing to manufacture, market, offer for sale, sell, and/or import the infringing Ruffle Pocket Bib products in deliberate disregard of Tiny Twinkle's patent rights.

18.     Milkbarn's infringement of the D'919 Patent has been and continues to be willful, deliberate, and intentional. Milkbarn acted and continues to act with full knowledge of the D'919 Patent and with knowledge or reckless disregard that its conduct constitutes infringement. Milkbarn's ongoing infringement has caused and will continue to cause irreparable harm to Tiny Twinkle, for which there is no adequate remedy at law, unless Milkbarn is enjoined by this Court, and Tiny Twinkle is entitled to injunctive relief to prevent further harm.

## CAUSES OF ACTION

### COUNT I:
### Design Patent Infringement of U.S. Patent No. D923,919

19.     Tiny Twinkle incorporates by reference the allegations contained in the preceding paragraphs as if separately repeated here.

20.     Under 35 U.S.C. § 271(a), Milkbarn has infringed and continues to infringe, literally or under the doctrine of equivalents, Tiny Twinkle's D'919 Patent by manufacturing, using, selling, and offering for sale in the United States, and/or importing into the United States, the Ruffle Pocket Bib that embodies the design covered by the D'919 Patent.

21.     Milkbarn has profited from its sales of the Ruffle Pocket Bib.

22.     Milkbarn has profited from its infringement of the D'919 Patent.

23.     Tiny Twinkle has sustained damages as a direct and proximate result of Milkbarn's infringement of the D'919 Patent and is entitled to damages pursuant to 35 U.S.C. §§ 284 and 289.

24.     Milkbarn's infringement of the D'919 Patent constitutes willful infringement and entitles Plaintiff to an award of enhanced damages and attorneys' fees pursuant to 35 U.S.C. § 285.

25.     Milkbarn's infringement has caused, and unless enjoined by this Court under 35 U.S.C. § 283, will continue to cause Tiny Twinkle to suffer irreparable harm for which it cannot be adequately compensated by a monetary award.

## PRAYER FOR RELIEF

**WHEREFORE**, Tiny Twinkle seeks the following relief:

A.     An entry of judgment in Tiny Twinkle's favor and against Milkbarn on all Counts of this Complaint;

B.     An order enjoining, temporarily, preliminarily, and permanently, Milkbarn and each of its respective officers, agents, servants, employees, and attorneys, and all of those persons in active concert or participation with it, from infringing the D'919 Patent;

C.     An award of damages adequate to compensate Tiny Twinkle for the patent infringement that has occurred pursuant to 35 U.S.C. §§ 284 and 289, together with prejudgment interest and costs, treble damages for Milkbarn's willful infringement, and reasonable attorneys' fees, pursuant to 35 U.S.C. §§ 284 and 285;

D.     An order declaring this an exceptional case and awarding Tiny Twinkle its attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

E.     Such other relief as the Court may deem just and proper.

## <u>JURY DEMAND</u>

Tiny Twinkle demands a trial by jury on all issues properly tried to a jury.

Dated this <u>6th</u> day of March, 2026.

<div style="margin-left: 40%;">

<u>/s/ Dawn M. David</u>
Dawn M. David (15808)
dawn.david@quarles.com

Michael T. Piery (*pro hac vice forthcoming*)
michael.piery@quarles.com

QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel.: (414) 277-5000

*Attorneys for Plaintiff Tiny Twinkle, Inc.*

</div>